UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAREN TAYLOR, | |
| Plaintiff, | 2:06-cv-251-RCJ-RJJ |
| vs. | |
| CITY OF LAS VEGAS, *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on two Letters (#43 and #44) filed by Plaintiff, Karen Taylor.

The Court having reviewed the Letters (#43 and #44) and the file herein, finds that this case was dismissed on February 20, 2008, and the case was closed. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk shall send the Plaintiff a copy of the Court's Order Dismissing Case (#36) along with a copy of this Order. No action is required by the Court on any filings subsequent to the Order Dismissing Case (#36).

DATED this  19th   day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge